UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01721-MRA-DFM | Date | November 26, 2025 |
| Title | *Raymond Ramirez v. Villagrana Logistics, Inc. et al.* | | |

Present: The Honorable   MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED PENDING SUPREME COURT RULING**

Defendant Villagrana Logistics, Inc. requests that this Court stay proceedings pending the United States Supreme Court's decision in *Flower Foods, Inc., et al. v. Angelo Brock*, Case No. 24-935, which will address the relevant legal question of whether the Federal Arbitration Act's section 1 exemption for transportation workers engaged in interstate commerce applies to workers who deliver goods locally. *See* ECF 25 at 7–8. If Plaintiff objects to a stay, Plaintiff is **ORDERED** to file supplemental briefing of no more than five (5) pages by **December 5, 2025**, explaining why the Court should not stay the case. If Plaintiff does not file supplemental briefing, the Court will conclude that Plaintiff does not object to the case being stayed.

**IT IS SO ORDERED.**

                                                                                       - __ : __

                                                    Initials of Deputy Clerk   mku